1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9

10 CARLOS MARTINEZ,                    ) Case No. EDCV 15-1563-JPR
                                       )
11              Plaintiff,             )      **JUDGMENT**
                                       )
12         v.                          )
                                       )
13 NANCY A. BERRYHILL, Acting          )
   Commissioner of Social             )
14 Security,                           )
                                       )
15              Defendant.             )
   _____)

16

17      For the reasons set forth in the accompanying Memorandum

18 Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's

19 request for an order remanding the case for further proceedings

20 is DENIED; (2) the Commissioner's request for an order affirming

21 the Commissioner's final decision and dismissing the action is

22 GRANTED; and (3) judgment is entered in the Commissioner's favor.

23

24

25 DATED: March 9, 2017        _____
                               JEAN ROSENBLUTH
26                             U.S. Magistrate Judge

27

28